UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NEW YORK CITY AND VICINITY CARPENTERS
LABOR MANAGEMENT COOPERATION FUND, et al.,

                  Plaintiffs,

-against-                                06 Civ. 4307 (LAK)

AZZARONE CONTRACTING CORP.,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Plaintiffs' motion for a default judgment is granted.

        SO ORDERED.

Dated:      July 20, 2006

                                            Lewis A. Kaplan
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/06